Jonathan Gross (SBN: 122010)
jgross@bishop-barry.com
Elaine Videa (SBN: 216718)
evidea@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SUTTER INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: C 10-02599 EDL<br><br>[PROPOSED] ORDER TO REMAND MATTER TO SONOMA COUNTY SUPERIOR COURT<br><br>Complaint Filed: April 1, 2010 |

Based on the stipulation of the parties, the Court ORDERS the case entitled *Sutter Insurance Company v. Zurich American Insurance Company, et al.*, Case Number C 10-02599 EDL, assigned Magistrate Judge Elizabeth D. Laporte, REMANDED to Sonoma County Superior Court Case No. SCV247123. The clerk is directed to terminate any pending matters and to close the file.

IT IS SO ORDERED.

DATED: September 15, 2010     _____
                              UNITED STATES MAGISTRATE JUDGE
                              Judge Elizabeth D. Laporte

-1-

[PROPOSED] ORDER TO REMAND MATTER
TO SONOMA COUNTY SUPERIOR COURT                           Case No.: C 10-02599 EDL